UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER MALAVE, on her own behalf
and others similarly situated,

    Plaintiff,

v.                                                 CASE NO: 8:10-cv-2813-T-26MAP

GULF-FLA HOLDINGS, INC., d/b/a
Krispy Kreme Doughnuts,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Plaintiff's Motion to Compel (Dkt. 19) is denied as unnecessary. Counsel for the parties are directed to confer *personally* within the next three (3) business days with regard to the preparation of a case management report and shall file the report with the Clerk no later than Tuesday, April 5, 2011.

**DONE AND ORDERED** at Tampa, Florida, on March 30, 2011.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record